IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HYPERCORE SYSTEMS LLC, § § *Plaintiff*, § § v. § § PANASONIC HOLDINGS § CORPORATION AND PANASONIC § CORPORATION OF NORTH AMERICA, § § *Defendants*. § § | CASE NO. 2:25-CV-00580-JRG-RSP |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Hypercore Systems LLC ("Plaintiff"). (Dkt. No. **6**.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 28th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE